## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CHURCH BROTHERS, LLC, a California )
Limited Liability Company, )

**05   10452 REK**

            Plaintiff, )

                ) CASE NO.

  v. )
                )
THE ALPHAS COMPANY, INC., a )
corporation; THE ALPHAS COMPANY )
OF NEW YORK, INC, a corporation; )
JOHN (YANNI) S. ALPHAS, an )
individual; PETER S. ALPHAS, an )
individual, )
                )
           Defendants )
                )

## DECLARATION OF NEIL J. MILBURN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER OR, ALTERNATIVELY, FOR PRELIMINARY INJUNCTION; EXHIBIT IN SUPPORT THEREOF

I, NEIL J. MILBURN, declare as follows:

1.    I currently am and during all times mentioned in this declaration have been a Salesperson for National Accounts for Plaintiff and moving party herein, CHURCH BROTHERS, LLC ("CB"). CB is a creditor of Defendant THE ALPHAS COMPANY, INC. ("TAC"), and its officers and directors JOHN (YANNI) S. ALPHAS ("JSA") and PETER S. ALPHAS ("PSA")(JSA and PSA are sometimes referred to as "the Individual Defendants")(TAC, JSA, and PSA are sometimes referred to collectively as "Defendants").

2.    Plaintiff is a beneficiary of Defendants under the trust provisions of the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e et seq.] and the full balance due to Plaintiff from Defendants qualifies for PACA trust protection.

3.    I make this declaration in support of Plaintiff's Application for Temporary Restraining Order or, alternatively, for a Preliminary Injunction against Defendants to prevent Defendants' further dissipation of PACA trust assets and to compel immediate turnover of all such trust assets rightfully belonging to CB.

4.    I am personally familiar with all matters that are the subject of this declaration and the facts set forth in this declaration are within my personal knowledge. If called upon as a witness, I would and could competently testify to all facts stated herein. As to those matters set forth on information and belief, I believe them to be true.

5.    As Salesperson for National Accounts for CB, my responsibilities include conducting and monitoring sales of perishable agricultural commodities, including those sales to Defendants that are the subject of this dispute, and supervising collection of its accounts receivable for such sales. I have custody and control of CB's sales and accounts receivable records as they relate to Defendants and I am thoroughly familiar with the manner in which those records are compiled. Gina Tegenkamp is a Sales Assistant for CB, and she also handles collection of CB's accounts receivable, such as Defendants' account which is at issue in this lawsuit.

6.    The sales and accounts receivable records, including invoices and billing statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These sales records are made either by me or under my direction and supervision by CB's employees whose duty it is to make such documents.

7.    Plaintiff operates as a buyer and seller of perishable agricultural commodities.    Defendants operate as buyers and sellers of perishable agricultural commodities.    In that capacity, Defendants have purchased perishable agricultural

commodities from Plaintiff as well as from other produce suppliers for resale on the East Coast.

8.     Plaintiff has been doing business with Defendants since November of 2004. The unpaid invoices that are the subject of this lawsuit are for sales transactions that occurred between on or about November 5, 2004 and December 18, 2004. In a series of transactions during those dates, CB sold and shipped perishable agricultural commodities to Defendants at Defendant JSA's request, for agreed-upon selling prices cumulatively totaling $76,150.20, consisting of $67,161.90 owed by the Defendants' Massachusetts branch and $8,988.30 owed by the Defendants' New York branch.

9.     An invoice for each shipment was prepared and faxed to Defendants on or about the day of each transaction. True and correct copies of CB's invoices confirming these sales are appended hereto and incorporated herein by reference as **Group Exhibit 1**.

10.     A true and correct copy of CB's aged statement of account summarizing all outstanding invoices that are part of Group Exhibit 1 is appended hereto and incorporated herein by this reference as **Exhibit 2**.

11.     Payment terms for Plaintiff's sales of produce to Defendants are 10 days from the invoice date. These 10-day payment terms are set forth on each invoice. *See again,* Group Exhibit 1. All invoices currently are delinquent, many by as much as three months or more.

12.     The produce sold by CB to Defendants traveled in and in contemplation of interstate and/or foreign commerce between California, Massachusetts, and New York, among other states.

13.     As the Salesperson in charge of Defendants' account, it is my duty to review and post any authorized price adjustment and payments or other credits in connection with the sales that are the subject of this dispute. As of the date of this Declaration, all price adjustments that have been either requested or authorized in

connection with Defendants' accounts have been made and are reflected on CB's aged account statement, Exhibit 2. If any other price adjustments had been authorized, I would have made accounting entries on the aging report to reflect those adjustments. Likewise, no payments have been made on any of the outstanding invoices reflected in Group Exhibit 1 except as reflected on the aging report. Therefore, the cumulative balance due for all amounts reflected on those invoices and the aging report is correct.

14.　　While Defendants requested numerous adjustments, I informed Defendants, by multiple conversations with Defendant JSA, that we would only authorize adjustments if they were supported by valid U.S.D.A. inspections demonstrating that the shipment failed to make grade in accordance with rules and regulation under the PACA. Requested adjustments that were properly supported and allowed are reflected on the invoices attached hereto as Group Exhibit 1. Consequently, the cumulative balance due for all amounts reflected on those invoices and the aging report is correct.

15.　　Because Defendants failed to timely pay for the produce that is the subject of this lawsuit, beginning in or about December 2004, I, along with Gina Tegenkamp, a Sales Assistant for CB, began placing regular telephone calls to Defendants to discuss the status of payment. *See also* Declaration of Gina Tegenkamp filed simultaneously herewith. In all of my telephone conversations, I spoke with Defendant JSA, as this was the person who always ordered produce from me. In my conversations with Defendant JSA, I would always ask when payment would be made for the produce that Defendants had purchased from Plaintiff.

16.　　In response, JSA typically apologized for the delinquent payment and told me that TAC was dealing with some issues such as an "embezzlement in the New York office" that was negatively affecting TAC's financial situation. Although JSA assured me that the Massachusetts branch of TAC was "okay," he said that the New York bank of TAC was "struggling."

17.    In the most recent conversation I had with JSA, which occurred approximately three weeks ago, when I asked where payment was, JSA said that the Massachusetts branch of TAC was in the process of selling some docks and thus he would have some extra money soon.    However, CB has not received any recent payments, and the currently amount past due and immediately payable totals $76,150.20. In none of my conversations did JSA dispute that Defendants owed the money to CB.

18.    Because Defendants have (a) admitted that it owes the debt; (b) admitted that TAC's New York branch was having financial difficulties; (c) admitted that TAC's Massachusetts branch was selling assets to raise money; and (d) entirely failed to remit even partial payments to reduce the debt, there is no doubt in my mind that Defendants have dissipated the PACA trust assets under its control.    Absent immediate intervention from this Court, I believe those trust assets, which rightfully belong to Plaintiff, will continue to dissipate beyond Plaintiff's reach.

/ / /

/ / /

/ / /

/ / /

19.   For the reasons set forth above, I further believe that unless this Court issues the TRO requested, it is highly probable that the PACA trust assets will be further dissipated and/or forever transferred beyond CB's reach before the motion is heard. If that happens, I believe that CB's chances of recovering its PACA trust assets will be remote at best. For these reasons, I respectfully urge this court to issue the requested relief.

I declare under penalty of perjury under the laws of the States of California and Massachusetts and the United States of America that the foregoing is true and correct.

Executed this 1 day of March 2005 in Salinas, California.

NEIL J. MILBURN

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102550
**Invoice:** Dec 18, 2004
**Ship:** Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| | | | | | |
|---|---|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Neil Milburn | | **Carrier:** TPH | | |
| **Order:** Dec 15, 2004 | **Via:** | | **Trailer lic:** 4EL5435 | **St:** CA | |
| **Cust PO:** | **Currency:** USD | | **Broker:** | | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Romaine Hearts 12X3 Reg True Leaf | 189 | ctn | 15.60 | 2,948.40 |
| Lettuce Liner 24 Reg Church Brothers | 320 | ctn | 4.10 | 1,312.00 |
| Lettuce Wrap 24 Reg Church Brothers | 600 | ctn | 5.10 | 3,060.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1109 | | | 7,343.90 |

# EXHIBIT 1

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102648
**Invoice:** Dec 18, 2004
**Ship:** Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: T P H | |
| Order: Dec 17, 2004 | Via: | Trailer lic: LOCAL | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Wrap 24 Reg Church Brothers | 400 | ctn | 5.60 | 2,240.00 |
| Green Leaf Liner 24 Reg Church Brothers | 168 | ctn | 18.60 | 3,124.80 |
| Red Leaf Liner 24 Reg Church Brothers | 84 | ctn | 11.60 | 974.40 |
| Romaine Liner 24 Reg Church Brothers | 140 | ctn | 8.10 | 1,134.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 792 | | | 7,496.70 |

Driver request recorder X

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102704
**Invoice:** Dec 18, 2004
**Ship:**  Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: TPH |
| Order: Dec 18, 2004 | Via: | Trailer lic: 4PD6817 CA   St: CA |
| Cust PO: | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Broccoli Crowns Asn Icl BG Reg Jin Ye | 245 | ctn | 11.60 | 2,842.00 |
| Grn Onion MEX Bunched 48 MED Reg Church Brothers | 84 | ctn | 11.60 | 974.40 |
| Broccoli Crowns Domestic Reg Church Brothers | 919 | ctn | 9.10 | 8,362.90 |
| INVOICE TOTAL: | 1248 | | | 12,179.30 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102250
**Invoice:** Dec 15, 2004
**Ship:** Dec 15, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: VALLEY TRUCKING |
|---|---|---|
| Order: | Via: Truck | Trailer lic: 4EG1765    St: CA |
| Cust PO: | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 213 | ctn | 4.75 | 1,011.75 |
| Lettuce Wrap 24 Reg Church Brothers | 510 | ctn | 5.60 | 2,856.00 |
| Lettuce Liner 24 Reg Church Brothers | 297 | ctn | 4.75 | 1,410.75 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| | 1020 | | | 5,302.00 |
| INVOICE TOTAL: | | | | |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102404
**Invoice:** Dec 14, 2004
**Ship:** Dec 14, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Neil Milburn | **Carrier:** DUMAU |
| **Order:** | **Via:** | **Trailer lic:** D24142    **St:** CA |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Naked 24 True Leaf Reg True Leaf | 34 | ctn | 9.10 | 309.40 |
| Red Leaf Liner 24 Reg Church Brothers | 210 | ctn | 6.10 | 1,281.00 |
| Spring Mix PP 3# Reg Paige's Pride | 420 | ctn | 5.00 | 2,100.00 |
| Romaine Hearts 12X3 Reg True Leaf | 63 | ctn | 10.10 | 636.30 |
| Broccoli Crowns Domestic Reg Church Brothers | 576 | ctn | 7.10 | 4,089.60 |
| Green Leaf Liner 24 Reg Church Brothers | 252 | ctn | 9.10 | 2,293.20 |
| TEMPTAIL Temperature Recoder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1555 | | | 10,733.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102172
**Invoice:** Dec 10, 2004
**Ship:** Dec 10, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: SPAK |
| Order: | Via: | Trailer lic: 4BS9709    St: |
| Cust PO: | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Red Leaf Liner 24 Reg Church Brothers | 84 | ctn | 14.10 | 1,184.40 |
| Green Leaf Liner 24 Reg Church Brothers | 168 | ctn | 28.10 | 4,720.80 |
| Romaine Liner 24 Reg Church Brothers | 210 | ctn | 12.10 | 2,541.00 |
| Lettuce Liner 24 Reg Church Brothers | 320 | ctn | 10.60 | 3,392.00 |
| Lettuce Wrap 24 Reg Church Brothers | 320 | ctn | 11.60 | 3,712.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1102 | | | 15,573.70 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other ... ... ... from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 101435
**Invoice:** Dec 04, 2004
**Ship:** Dec 04, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Neil Milburn | **Carrier:** VTL #111 |
| **Order:** Nov 26, 2004 | **Via:** | **Trailer lic:** 4FJ1111    **St:** CA |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 520 | ctn | 9.60 | 4,992.00 |
| Lettuce Wrap 24 Reg Church Brothers | 520 | ctn | 10.60 | 5,512.00 |
| Rejection / Quality Adjustment | | | -8,944.00 | -8,944.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| | 1040 | | | 1,583.50 |
| INVOICE TOTAL: | | | | |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 101338
**Invoice:** Dec 03, 2004
**Ship:** Dec 03, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: JAIMES | |
|---|---|---|---|
| Order: | Via: | Trailer lic: T679245 | St: TN |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 360 | ctn | 8.10 | 2,916.00 |
| Lettuce Wrap 24 Reg Church Brothers | 360 | ctn | 9.10 | 3,276.00 |
| Spring Mix PP 2X1.5# Reg New Millenium | 280 | ctn | 5.00 | 1,400.00 |
| Baby Spinach PP 4# Reg True Leaf | 140 | ctn | 6.00 | 840.00 |
| Romaine Naked 24 Reg True Leaf | 270 | ctn | 15.25 | 4,117.50 |
| Broccoli Bunch 14 Reg | 48 | ctn | 8.50 | 408.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1458 | | | 12,981.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 101202
**Invoice:** Nov 26, 2004
**Ship:** Nov 26, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: TRANSPORT | |
| Order: Nov 22, 2004 | Via: | Trailer lic: 4FA8887 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 701 | ctn | 6.10 | 4,276.10 |
| Broccoli Bunch 14 Reg | 336 | ctn | 6.50 | 2,184.00 |
| Rejection / Quality Adjustment | | | -2,184.00 | -2,184.00 |
| Rejection / Quality Adjustment | | | -1,402.00 | -1,402.00 |
| INVOICE TOTAL: | 1037 | | | 2,874.10 |

USE BROCCOLI AS FILL ITEM

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499a(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 101201
**Invoice:** Nov 23, 2004
**Ship:**    Nov 23, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: ALFA | |
|---|---|---|---|
| Order: Nov 22, 2004 | Via: | Trailer lic: A9565N | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Wrap 24 Reg Church Brothers | 960 | ctn | 4.10 | 3,936.00 |
| INVOICE TOTAL: | 960 | | | 3,936.00 |

*Please return a copy of this Invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 101065
**Invoice:** Nov 19, 2004
**Ship:** Nov 19, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: SPARK #206 | |
|---|---|---|---|
| Order: | Via: | Trailer lic: 4B59711 CA | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 360 | ctn | 5.10 | 1,836.00 |
| Lettuce Wrap 24 Reg Church Brothers | 760 | ctn | 6.10 | 4,636.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1120 | | | 6,495.50 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 100642
**Invoice:** Nov 16, 2004
**Ship:**  Nov 16, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: VALLEY TRK. LINE #112 |
|---|---|---|
| Order: | Via: Truck | Trailer lic: 4EZ385    St: CA |
| Cust PO: | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Wrap 24 Reg Church Brothers | 640 | ctn | 10.10 | 6,464.00 |
| Lettuce Liner 24 Reg Church Brothers | 400 | ctn | 9.10 | 3,640.00 |
| INVOICE TOTAL: | 1040 | | | 10,104.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 100330
**Invoice:** Nov 05, 2004
**Ship:** Nov 05, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Kathy Carnazzo | Carrier: TJK | |
|---|---|---|---|
| Order: Nov 03, 2004 | Via: Truck | Trailer lic: 4EX7670 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Broccoli Bunch 14 Reg | 336 | ctn | 7.00 | 2,352.00 |
| Green Leaf 2X5# TrueLeaf Singles Reg TrueLeaf Singles | 2 | ctn | | .00 |
| Romaine 2X5# TrueLeaf Singles Reg TrueLeaf Singles | 2 | ctn | | .00 |
| INVOICE TOTAL: | 340 | | | 2,352.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102088
**Invoice:** Dec 10, 2004
**Ship:**    Dec 10, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company of New York
223 to 225 Row B Hunts Point Terminal Mkt.,Broi
New York NY 10474

**Ship To:** Alphas Company of New York
223 to 225 Row B Hunts Point Terminal Mkt.,Broi
New York NY 10474

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: TDH | |
|---|---|---|---|
| Order: | Via: | Trailer lic: 4ER9774 | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Romaine Liner 24 Reg Church Brothers | 140 | ctn | 12.60 | 1,764.00 |
| Green Leaf Liner 24 Reg Church Brothers | 84 | ctn | 24.10 | 2,024.40 |
| Red Leaf Liner 24 Reg Church Brothers | 84 | ctn | 12.10 | 1,016.40 |
| Lettuce Wrap 24 Reg Church Brothers | 560 | ctn | 7.00 | 3,920.00 |
| Lettuce Liner 24 Reg Church Brothers | 240 | ctn | 1.00 | 240.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| **INVOICE TOTAL:** | 1108 | | | 8,988.30 |

*Please return a copy of this invoice with your remittance - Thank You*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## Sales Orders, Outstanding and Paid Invoices
Church Brothers, LLC

| Invoice | Ship Date | PO Ref | Amount | Receipts | Balance | 0 - 7 | 8 - 14 | 15 - 21 | 22 - 28 | Later | Credits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alphas Company Inc.  USD | | | | Credit Limit: | .00 | | | | | | |
| 102550 | Dec 18, 2004 | | 7,343.90 | .00 | 7,343.90 | .00 | .00 | .00 | .00 | 7,343.90 | .00 |
| 102648 | Dec 18, 2004 | | 7,496.70 | .00 | 7,496.70 | .00 | .00 | .00 | .00 | 7,496.70 | .00 |
| 102704 | Dec 18, 2004 | | 12,179.30 | .00 | 12,179.30 | .00 | .00 | .00 | .00 | 12,179.30 | .00 |
| 102250 | Dec 15, 2004 | | 5,302.00 | .00 | 5,302.00 | .00 | .00 | .00 | .00 | 5,302.00 | .00 |
| 102404 | Dec 14, 2004 | | 10,733.00 | .00 | 10,733.00 | .00 | .00 | .00 | .00 | 10,733.00 | .00 |
| 102172 | Dec 10, 2004 | | 15,573.70 | 4,447.70 | 11,126.00 | .00 | .00 | .00 | .00 | 11,126.00 | .00 |
| 101435 | Dec 04, 2004 | | 1,583.50 | 1,583.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 101338 | Dec 03, 2004 | | 12,981.00 | .00 | 12,981.00 | .00 | .00 | .00 | .00 | 12,981.00 | .00 |
| 101202 | Nov 26, 2004 | | 2,874.10 | 2,874.10 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 101201 | Nov 23, 2004 | | 3,936.00 | 3,936.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 101065 | Nov 19, 2004 | | 6,495.50 | 6,495.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 100642 | Nov 16, 2004 | | 10,104.00 | 10,104.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 100330 | Nov 05, 2004 | | 2,352.00 | 2,352.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Total: | | | 98,954.70 | 31,792.80 | 67,161.90 | .00 | .00 | .00 | .00 | 67,161.90 | .00 |
| Alphas Company of New York  USD | | | | Credit Limit: | .00 | | | | | | |
| 102088 | Dec 10, 2004 | | 8,988.30 | .00 | 8,988.30 | .00 | .00 | .00 | .00 | 8,988.30 | .00 |
| 101307 | Nov 30, 2004 | | 8,136.40 | 8,136.40 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 101308 | Nov 26, 2004 | 8697 | 3,247.50 | 3,247.50 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 100970 | Nov 16, 2004 | | 3,128.45 | 3,128.45 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 100444 | Nov 05, 2004 | | 2,421.00 | 2,421.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Total: | | | 25,921.65 | 16,933.35 | 8,988.30 | .00 | .00 | .00 | .00 | 8,988.30 | .00 |
| Grand Total: | | | 124,876.35 | 48,726.15 | 76,150.20 | .00 | .00 | .00 | .00 | 76,150.20 | .00 |

# EXHIBIT 2