UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

NOTICE OF APPEARANCE

Now comes Scott L. Machanic and hereby enters his appearance for all of the Defendants in this matter.

Respectfully submitted
The Alphas Company, Inc.
The Alphas Company of New York, Inc.
John S. Alphas
Peter Alphas
By their attorneys

Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
   Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524

235244