UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

DEFENDANTS' EMERGENCY MOTION
TO MODIFY ORDER OF MARCH 10, 2005

Now come the Defendants, and hereby move for modification of the Court's order entered in this matter, in an ex parte manner, on March 10, 2005. Defendants pray that the order be vacated in its entirety, or, should the Court determine that some security is warranted, that the Defendant be required to pay $ 46,851 into Court.

Respectfully submitted
The Alphas Company, Inc.
By its attorneys

_____
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
    Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524

235238