# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

### AFFIDAVIT OF JOHN S. ALPHAS
### IN SUPPORT OF MOTION
### TO MODIFY ORDER OF MARCH 10, 2005

Now comes John Alphas and deposes as follows:

1. I am a defendant named in the Complaint in this matter. I am the President of the Defendant The Alphas Company, Inc. I make the statements contained in this Affidavit based on my personal knowledge.

2. I have not spoken to Neil Milburn since January of 2005.

3. The closing date for the transaction to which the Milburn affidavit referred, the sale of "some docks" in fact was December 29, 2004.

4. The "embezzlement" situation occurred in mid-December of 2004.

5. The statement contained in Paragraph 13 of the Milburn affidavit that "all price adjustments that have been either requested or authorized in connection

1

with Defendants' accounts have been made and are reflected on CB's aged account statement" is not correct. To the contrary, The Alphas Company has obtained Department of Agriculture Inspections concerning many of the lots of produce involved. I have communicated with the Plaintiff concerning those lots and have requested credits for the bad produce. Mr. Milburn implies as much, as Paragraph 14 addresses the fact that we "requested numerous adjustments."

6. Attached hereto as a cumulative Exhibit 1 are true and correct copies of our business records for shipments that are in dispute.

7. Attached hereto as Exhibit 2 is a listing of Plaintiff's invoices, payments which we made against those invoices, and amounts in dispute between Plaintiff and Defendant concerning quality of the produce actually provided to us. The spreadsheet discloses that, including payment sent by Federal Express on March 11, 2005 (in the amount of $ 17,500.00 for portions of invoices not in dispute, drawn on an account with a bank not served with the Court's order), we have paid $ 29,299.20 of the amount claimed in the Complaint in this matter, leaving $ 46,851.00 truly in dispute. We in fact dispute that we owe Church Brothers any of that amount.

8. Attached hereto as Exhibit 3 are true and correct copies of Federal Express materials, demonstrating that Church Brothers received the package containing the $ 17,500 check.

9. Contrary to Mr. Milburn's Declaration, I had repeated discussions with Plaintiff, and specifically Mr. Milburn. Mr. Milburn told me that they were

2

having product problems, not only with Alphas, but with virtually every customer. He admitted to on-going quality problems. The documents contained within Exhibit 1 demonstrate that we in fact had on-going communications with Church Brothers about each and every invoice upon which they have brought their suit.

10. Within Exhibit 1 are true and correct copies of facsimiles which we sent to Plaintiff indicating the amounts which we believed were the actual amounts which we owed. Plaintiff never sent us a corrected invoice to reflect the changed amounts, so we did not issue payment.

11. In addition to the disputed lots, we have paid for many shipments about which there was no quality dispute. Within the spreadsheet, attached hereto as Exhibit 4, are entries which show the lots from the Plaintiff for which we have paid. As noted in Paragraph 8 of Mr. Milburn's declaration, Plaintiff has been doing business with Alphas only since November of 2004.

12. Plaintiff served the suit papers on our bank before they provided us with notice of the suit or restraining order.

13. The bank has informed us that, as a result of the order, it will not honor any checks. We had written checks to major suppliers which will be dishonored, even though, as of 5:00 p.m. on March 11, 2005, we have approximately $ 17,000 in the Danvers Savings account beyond the $ 76,000 in dispute here.

14. I understand that, as the Order is written, even if we comply with Paragraph E of the Order and deposit $ 76,150.20 into the court or a separate trust account, our bank is still restrained from paying any checks, as, under the interpretation

of "trust funds" presented by the Plaintiff, any funds derived directly or

indirectly from the sale of produce are "trust funds." Therefore, our bank has

indicated to us that they feel restrained from honoring any checks.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __14th__ DAY
OF MARCH, 2005.

                                         _/s/ John S. Alphas_____
                                         John S. Alphas

235218

**THE ALPHAS COMPANY OF NEW YORK, INC.**
HUNTS POINT PRODUCE MARKET
223-225 ROW B
BRONX, NY 10474

26993

02/16/05

PAY TO THE
ORDER OF

$    9673.50

***Nine Thousand Six Hundred Seventy-Three & 50/100 Dollars

**DOLLARS**

CHURCH BROTHERS, LLC
P.O. BOX 509
SALINAS, CA   93902-0509

MEMO:

⑈026993⑈ ⑆021000089⑆ 0307461⑈

**THE ALPHAS COMPANY OF NEW YORK, INC.**
HUNTS POINT PRODUCE MARKET

26993

| | CHUBRO | | CHURCH BROTHERS, LLC | | | |
|---|---|---|---|---|---|---|
| 101338 | 9509 | 12/03/04 | 9673.50 | 0.00 | 0.00 | 9673.50 |

(Acct: 1000-00-00)              Check Date 02/16/05              Total          9673.50

Exhibit _____**1**_____

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 101338
**Invoice:** Dec 03, 2004
**Ship:** Dec 03, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Neil Milburn | **Carrier:** JAIMES |
| **Order:** | **Via:** | **Trailer lic:** T679245    **St:** TN |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 360 | ctn | 8.10 | 2,916.00 |
| Lettuce Wrap 24 Reg Church Brothers | 360 | ctn | 9.10 | 3,276.00 |
| Spring Mix PP 2X1.5# Reg New Millenium | 280 | ctn | 5.00 | 1,400.00 |
| Baby Spinach PP 4# Reg True Leaf | 140 | ctn | 6.00 | 840.00 |
| Romaine Naked 24 Reg True Leaf | 270 | ctn | 3⁰⁰ ~~15.25~~ | ~~4,117.50~~ 810⁰⁰ |
| Broccoli Bunch 14 Reg | 48 | ctn | 8.50 | 408.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1458 | | | ~~12,981.00~~ |

9673⁴⁰



*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE

INSPECTION CERTIFICATE

M - 004291

CARRIER/LOT IDENTIFICATION

Carrier/Lot ID Stated by: Applicant

Additional Lot ID:

Carrier Type/Name:

Refrigeration Unit: ☐ On ☐ Off

Doors: ☐ Down ☐ Brown ☐ Closed

STATE: UL

Applicant: Alphas Co
Address: Bronx NY
Shipper: Church Bros
Address: Salinas, CA
Insp. Site: Applicant Site

Romaine

"Tras Leaf" 20 in. heads

270 cartons

CA

Generally trash and crisp.

Quality: Closed Center (dying) (0 to 13 %)
Russet Spotting (4 to 38 %)
Rib Discoloration (0 to 17 %)
Yellow to Brown Discoloring leaves (0 to 13 %)
Decay (Enclosing spacers)
CHEESE SUB

| | | | |
|---|---|---|---|
| A: 35 | 37 | | |
| B: | | | |
| C: | | | |
| D: | | | |

| 06 | DD |
| 15 | 04 |
| 06 | 06 |
| 03 | 05 |
| 01 | 01 |
| 31 | 11 |

GRADE: Fails to grade US NO1 Account of condition

REMARKS:

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

FORM FV300 (05-99) Use previous edition dated (03-99).

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that at the request of the applicant and on the date indicated, samples of the herein described product were inspected and the quality and/or condition as shown by said samples were as herein stated.

Inspector's Signature: Jaime Cond

Market Office: Bronx NY

ESTIMATED TOTAL
$ 83-

APPLICANT

Exhibit 1, p.3

87-89 New England Produce Center
Chelsea, MA  02150
617-884-5921
617-884-5932 Fax

# The Alphas Company, Inc.

| To: | Church Brothers, LLC | From: | Yanni |
|---|---|---|---|
| Attn: | Neil | Pages: | 1 |
| Fax: | 831-455-1047 | Date: | 12/20/04 |
| Re: | | CC: | |
| | | | |

Neil,

As agreed upon – today's invoice #101338  / Alphas Lot# 9509

270 cases Romaine will be paid at $3.00.

Total to be remitted on this invoice $9,673.50

Exhibit  1, p4

27019

**THE ALPHAS COMPANY OF NEW YORK, INC.**

CITIBANK, N.A.
1-8/210

HUNTS POINT PRODUCE MARKET
223-225 ROW B
BRONX, NY 10474

02/17/05

PAY TO THE
ORDER OF

$       4046.30

***Four Thousand Forty-Six & 30/100 Dollars

DOLLARS

CHURCH BROTHERS, LLC
P.O. BOX 509
SALINAS, CA  93902-0509

MEMO:

⑈027019⑈ ⑆021000089⑆ 0307461⑈

---

**THE ALPHAS COMPANY OF NEW YORK, INC.**
HUNTS POINT PRODUCE MARKET

27019

CHUBRO        CHURCH BROTHERS, LLC

| 102088 | 9542 | 12/10/04 | 4046.30 | 0.00 | 0.00 | 4046.30 |
|---|---|---|---|---|---|---|

(Acct: 1000-00-00)       Check Date 02/17/05       Total       4046.30

Exhibit __1, p.5

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102088
**Invoice:** Dec 10, 2004
**Ship:** Dec 10, 2004
**Pay Terms:** Net 10

old To: Alphas Company of New York
223 to 225 Row B Hunts Point Terminal Mkt.,Bron
New York NY 10474

Ship To: Alphas Company of New York
223 to 225 Row B Hunts Point Terminal Mkt.,Bron
New York NY 10474

Page 1 of 1

| ale Terms: FOB | Salesperson: Neil Milburn | Carrier: TDH | |
| --- | --- | --- | --- |
| rder: | Via: | Trailer lic: 4ER9774 | St: |
| ust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount | |
| --- | --- | --- | --- | --- | --- |
| omaine Liner 24 Reg Church Brothers | 140 | ctn | 5.10  14.10 | 1,974.00 | 714.00 |
| reen Leaf Liner 24 Reg Church Brothers | 84 | ctn | 14.10  28.10 | 2,360.40 | 1368.40 |
| ed Leaf Liner 24 Reg Church Brothers | 84 | ctn | 8.10  14.10 | 1,184.40 | 680.40 |
| ettuce Wrap 24 Reg Church Brothers | 560 | ctn | 2.00  10.10 | 5,656.00 | 1120.00 |
| ettuce Liner 24 Reg Church Brothers | 240 | ctn | 1.00  10.10 | 2,424.00 | 240.00 |
| YAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 | 23.50 |
| INVOICE TOTAL: | 1108 | | | 13,622.30 | |

4046.30

fcu Neil



ENTERED

Exhibit 1, p. 6

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE

INSPECTION CERTIFICATE

M - 004312

Applicant: The Alphas Coof Inc
Address: Bronx New York
Shipper: Church Bros LLC
Address: Salinas CA
Insp. Site: Applicant's Store

Quality
Breast Bruising (13-42%)
Discoloration Following Bruising (4-31%)
Decay (Early stages)
Checked Surface
Quality
Russet Spotting (29-39%)
Discoloration Following Bruising
Decay (Early stages)
Checked Surface

Each lot; size: Large
- Generally -
Fresh and Crisp

440 cartons
159 cartons

Iceberg Lettuce "Churchdottino" 24 cello
Iceberg Lettuce "Church Brothers" 24 Liner

GRADE: Each lot fails to grade US no1 Account Condition

ESTIMATED TOTAL
$ 141,02

Bronx New York

APPLICANT

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that at the request of the applicant and on the date indicated, samples of the herein described product were inspected and the quality and/or condition as shown by said samples were as herein stated.

Inspector's Signature

FORM FV-300 (06-99) Use previous edition dated (03-99).

REMARKS:

Exhibit

87-89 New England Produce Center
Chelsea, MA  02150
617-884-5921
617-884-5932 Fax

**The Alphas Company, Inc.**

| To: | Church Brothers, LLC | From: | Yanni |
|---|---|---|---|
| Attn: | Neil Milburn | Pages: | ⅓ |
| Fax: | 831-455-1047 | Date: | 12/20/04 |
| Re: | | CC: | |
| | | | |

Neil,

Prices as agreed:

Romaine          140cs       @ 5.10
Green Leaf        84cs        @15.10
Red Leaf          84cs        @ 8.10
Cello Lettuce     560cs       @ 2.00
Liner Lettuce     240cs       @ 1.00

Total Invoice value $4,046.30

***** Also please tell Gina checks are on the way!

Yanni

Exhibit  1,  p. 8

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA

**CHURCH BROTHERS** PRODUCE

# INVOICE

**Invoice #:** 102172
**Invoice:** Dec 10, 2004
**Ship:** Dec 10, 2004
**Pay Terms:** Net 10

Sold To: Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Ship To: Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

*PO 8715 / LOT 7090*                                              Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: SPAK | |
|---|---|---|---|
| Order: | Via: | Trailer lic: 4BS9709 | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount | |
|---|---|---|---|---|---|
| Red Leaf Liner 24 Reg Church Brothers | 84 | ctn | 6¹⁰ ~~14.10~~ | 1,184.40 | 512⁴⁰ |
| Green Leaf Liner 24 Reg Church Brothers | 168 | ctn | 13¹⁰ 28.10 | 4,720.80 | 2200³⁰ |
| Romaine Liner 24 Reg Church Brothers | 210 | ctn | 5¹⁰ 12.10 | 2,541.00 | 1071⁰⁰ |
| Lettuce Liner 24 Reg Church Brothers | 320 | ctn | 1 ~~10.60~~ | 3,392.00 | 320⁰⁰ |
| Lettuce Wrap 24 Reg Church Brothers | 320 | ctn | 1 ~~14.00~~ | 3,712.00 | 320⁰⁰ |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 | 23⁵⁰ |
| INVOICE TOTAL: | 1102 | | | ~~15,573.70~~ | |
| | | | | 4447.70 | |

*USDA*

84 @ 8⁰⁰   (672⁰⁰)
168 @ 15⁰⁰  (2520⁰⁰)
210 @ 7⁰⁰   (1470⁰⁰)
320 @ 9.60  (3072⁰⁰)
✓ 320 @ 10.60 (3392⁰⁰)
                (11126⁰⁰)

**POSTED**

**PAID**
15259  1-12-05

Exhibit 1, p.9

---

**Please return a copy of this invoice with your remittance - Thank You**
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

LOT 8715

# USDA

**U.S. DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE**
http://FPBinspections.ams.usda.gov

**INSPECTION CERTIFICATE**    T-004-0250-00248

**PAGE  1 of 2**

| | |
|---|---|
| **CARRIER or LOT ID:** LOT    102172 | **APPLICANT:** (211043547)THE ALPHAS COMPANY, CHELSEA, MA |
| **LOADING STATUS:** UNLOADED | |
| **STATED BY:** APPLICANT | **SHIPPER:** CHURCH BROTHERS |
| **ADDITIONAL ID:** NA | |
| **CARRIER TYPE:** NA | **MARKET OFFICE:** BOSTON, MA |
| **REFRIG UNIT:** NA    **DOORS:** NA | **INSP SITE:** 88 NEPC |

| | |
|---|---|
| **REQUESTED:** 12/15/2004  7:30 AM |
| **STARTED:** 12/15/2004  7:47 AM |
| **COMPLETED:** 12/15/2004  8:53 AM |
| **PASSWORD FOR ONLINE ACCESS** |
| M5F3NF7MDVHMZGHK |
| **ESTIMATED FEE:**    **$144.00** |

**REMARKS:**

---

## LOT A (QAC) - LETTUCE, ICEBERG

| | | | |
|---|---|---|---|
| **TEMP:** 39º to 40ºF | **INSP CT:**  YES | **NUMBER OF CONTAINERS:** 320 CARTON(S) | **ORIGIN:** CA |

**MARKINGS:**  BRAND: CHURCH BROTHERS
**MARKINGS:** ICEBERG LETTUCE  CHURCH BROTHERS LLC SALINAS , CA PRODUCE OF USA NAKED  24

**PLI:**  NONE                                                                    **OTHER ID:** NAKED / LINER

| INJURY | DAM | SER DAM | V.S. DAM | OFFSIZE/DEFECTS |
|---|---|---|---|---|
| NA | 3 | 0 | NA | QUALITY DEFECTS (0 to 4%)(MECHANICAL DAMAGE, DIRT) |
| NA | 11 | 3 | NA | RUSSET SPOTTING (8 to 13%) |
| NA | 10 | 3 | NA | DISCOLORATION FOLLOWING BRUISING (8 to 13%) |
| NA | 7 | 0 | NA | FEATHERING OR PEELING (0 to 13%) |
| NA | 1 | 0 | NA | PINK RIB (0 to 4%) |
| NA | 1 | 0 | NA | WATERSOAKED AREAS (0 to 4%) |
| NA | 4 | 4 | NA | DECAY AFFECTING COMPACT PORTION OF HEADS AND/OR BUTTS (0 to 8%) |
| NA | 37 | 10 | NA | CHECKSUM |

| | |
|---|---|
| **GRADE:** | FAILS TO GRADE U.S. NO. 1 ACCOUNT CONDITION. |
| **LOT DESC:** | STAGES OF DECAY: MOSTLY EARLY,  MANY MODERATE |

---

I, the undersigned, a duly authorized Inspector of the United States Department of Agriculture, do hereby certify that at the request of the applicant and on the date indicated samples of the herein described product were inspected and the quality and/or condition as shown by said samples were as herein stated.

Warning: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

**Signature:** 0250 - RUSTIGIAN, DANIEL          **Date:**

*Daniel T. Rustigian*                              12/15/2004

Exhibit ___1__, p. 10



**U.S. DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE**
http://FPBInspections.ams.usda.gov

**INSPECTION CERTIFICATE    T-004-0250-00243**

**PAGE 2 of 2**

## LOT B (QAC) - LETTUCE, ICEBERG

| TEMP: 38° to 39°F | INSP CT: YES | NUMBER OF CONTAINERS: 320 CARTON(S) | | ORIGIN: CA |
|---|---|---|---|---|

MARKINGS: BRAND: CHURCH BROTHERS
MARKINGS: ICEBERG LETTUCE CHURCH BROTHERS LLC SALINAS, CA PRODUCE OF USA LOGO WRAP 24

| PLI: NONE | | | | OTHER ID: CELLO |
|---|---|---|---|---|

| INJURY | DAM | SER DAM | V.S. DAM | OFFSIZE/DEFECTS |
|---|---|---|---|---|
| NA | 1 | 0 | NA | QUALITY DEFECTS (0 to 4%)(MECHANICAL DAMAGE) |
| NA | 11 | 0 | NA | FEATHERING OR PEELING (4 to 17%) |
| NA | 10 | 3 | NA | RUSSET SPOTTING (0 to 17%) |
| NA | 10 | 1 | NA | DISCOLORATION FOLLOWING BRUISING (8 to 13%) |
| NA | 1 | 0 | NA | WATERSOAKED AREAS (0 to 4%) |
| NA | 4 | 4 | NA | DECAY AFFECTING COMPACT PORTION OF HEADS AND/OR BUTTS (4 to 4%) |
| NA | 37 | 8 | NA | CHECKSUM |

| GRADE: | FAILS TO GRADE U.S. NO. 1 ACCOUNT CONDITION. |
|---|---|
| LOT DESC: | STAGES OF DECAY: MOSTLY EARLY, MANY MODERATE |

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that at the request of the applicant and on the date indicated, samples of the herein described product were inspected and the quality and/or condition as shown by said samples were as herein stated.

Warning: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

| Signature: 0250 - RUSTIGIAN, DANIEL | Date: |
|---|---|
| *Daniel J. Rustigian* | 12/15/2004 |

Exhibit 1, p. 15



February 18, 2005


Mr. Jay Brown
Chief Financial Officer
Church Brothers LLC
P. O. Box 509
Salinas, CA 93902-0509

RE:  Church Brothers Invoice No. 102172 / Alphas Lot No. 7090

Dear Jay,

Please be advised that on December 20, 2004, at 1:00 p.m., Neil and I went over this Invoice.  I paid as agreed between Neil and myself.  Every lot on this file was discussed and mutually agreed upon.

I will be on vacation from February 22 – February 28, 2005.  I will be available for any questions you might have after these dates.

Thank you,

Yanni Alphas
President

Exhibit 1, p 12



February 16, 2005

**Via Fax and U.S. Mail**

Yanni Alphas
THE ALPHAS COMPANY, INC.
51-52 & 87-88 New England Produce Center
Chelsea, MA 02150

       Re:    **Your check no. 15259**

Dear Yanni:

Your check no. 15259 in the amount of $4,447.70 was received today.  The check stub
indicates that this check was remitted in connection with our invoice no. 102172, which
totals $15,573.70.

The product sold to you under invoice no. 102172 was shipped on December 10, 2004.
Shipping times were normal and you accepted the load on or about December 15, 2004.
The USDA inspection that was enclosed with your payment only supports deductions on
the lettuce, not the green leaf, red leaf, or romaine.  For these reasons, we do not accept
your purported $11,126.00 price adjustment and the full amount due under this invoice
remains immediately payable.

We have applied your $4,447.70 check as partial payment for our invoice no. 102172,
leaving a balance due of $11,126.00.  Enclosed with this letter is a current statement of
account confirming application of your partial payment.  Please remit the remaining
balance due immediately.

Regards,

Jay Brown
Chief Financial Officer

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102404
**Invoice:** Dec 14, 2004
**Ship:** Dec 14, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

*PO 8717 / LOT 7092*

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: DUMAU | |
|---|---|---|---|
| Order: | Via: | Trailer lic: D24142 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount | |
|---|---|---|---|---|---|
| Naked 24 True Leaf Reg True Leaf | 34 | ctn | 4¹⁰ ~~9.10~~ | 309.40 | 139.40 |
| Red Leaf Liner 24 Reg Church Brothers | 210 | ctn | 4¹⁰ ~~6.10~~ | 1,281.00 | 861.0 |
| Spring Mix PP 3# Reg Paige's Pride | 420 | ctn | 3⁻ ~~5.00~~ | 2,100.00 | 1260.0 |
| Romaine Hearts 12X3 Reg True Leaf | 63 | ctn | 6¹⁰ 10.10 | 636.30 | 384³ |
| Broccoli Crowns Domestic Reg Church Brothers | 576 | ctn | 5¹⁰ ~~7.10~~ | 4,089.60 | 2937.6 |
| Green Leaf Liner 24 Reg Church Brothers | 252 | ctn | 4¹⁰ 9.10 | 2,293.20 | 1033² |
| TEMPTAIL Temperature Recoder | 1 | | 23.50 | 23.50 | 23⁵ |
| INVOICE TOTAL: | 1555 | | | 10,733.00 | |

6639⁰

```
34 @ 5⁰⁰  (170⁰⁰)
210 @ 2⁰⁰  (420⁰⁰)
420 @ 2⁰⁰  (840⁰⁰)
63 @ 4⁰⁰  (252⁰⁰)
✓  576 @ 2⁰⁰  (1152⁰⁰)
252 @ 5⁰⁰  (1260⁰⁰)
         (4094⁰⁰)
```

POSTED

**PAID**
15262  1-12-05

Exhibit ( p.14

---

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# PASSING




**Church Brothers, LLC**
P.O Box 509
Salinas CA 93902-0509
USA

**Sold To:**
Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:**
Alphas Company Inc.
51-52 & 87-88 New England Produc
Chelsea MA 02150

**Order No:** 102404
**Ship:** Dec 14, 2004
**Pay Terms:** Net 10
**Sale Terms:** FOB
**Time In:** 13:47:54
**Time out:** 01:06:36

| Cust PO: | Salesperson: Neil Milburn | Broker: | | Quantity: | 1555 |
|---|---|---|---|---|---|
| Delivery: | Carrier: DUMAU | | | Pallets: | 27.935 |
| Via: | Trailer Lic: D24142 | St: CA | | Bulk Pounds: | 37886.6 |

| Description | Ordered | Shipped | Price | Amount |
|---|---|---|---|---|
| **Location: Advanced Cooler** | | | | |
| Red Leaf Liner 24 Reg Church Brothers | 210 ctn | 210 ctn | 14.60 | 3,066.00 |
| Green Leaf Naked 24 Reg True Leaf | 84 ctn | 34 ctn | 26.60 | 904.40 |
| Spring Mix PP 3# Reg Paige's Pride | 420 ctn | 420 ctn | 6.50 | 2,730.00 |
| Romaine Hearts 12X3 Reg True Leaf | 63 ctn | 63 ctn | 16.60 | 1,045.80 |
| Broccoli Crowns Domestic Reg Church Brothers | 576 ctn | 576 ctn | 16.50 | 9,504.00 |
| Green Leaf Liner 24 Reg Church Brothers | 252 ctn | 252 ctn | 26.60 | 6,703.20 |
| | | | | 23,953.40 |

| | | | | |
|---|---|---|---|---|
| RYAN 10 Temperature Recorder c250368 | | 1 | 23.50 | 23.50 |
| | | | | 23.50 |

*Neil Please Hold this file Tommn to untill Price out -* *Xelli*

All claims must be reported within 24 hours of receipt and supported by a U.S.D.A. inspection
ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR
DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO
FREEZE DAMAGE INCLUDING EPIDERMAL PEEL.
Attention!
Please review and contact immediately if any discrepancies.

Dec 15, 2004 06:34:47

1, p. 15

27030

**THE ALPHAS COMPANY OF NEW YORK, INC.**
HUNTS POINT PRODUCE MARKET
223-225 ROW B
BRONX, NY 10474

CITIBANK, N.A.
1-8/210

02/17/05

PAY TO THE
ORDER OF

$      1043.50

***One Thousand Forty-Three & 50/100 Dollars

**DOLLARS**

CHURCH BROTHERS, LLC
P.O. BOX 509
SALINAS, CA  93902-0509

MEMO:

⑈027030⑈ ⑆021000089⑆ 0307461⑈

**THE ALPHAS COMPANY OF NEW YORK, INC.**
HUNTS POINT PRODUCE MARKET

27030

CHUBRO          CHURCH BROTHERS, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 102250 | 9564 | 12/31/04 | 5735.50 | 0.00 | 0.00 | 5735.50 |
| 102250C | 9564 | 12/15/04 | -4692.00 | 0.00 | 0.00 | -4692.00 |

(Acct: 1000-00-00)          Check Date 02/17/05          Total          1043.50

1 ｐ 16

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA

**CHURCH BROTHERS** PRODUCE

# INVOICE

**Invoice #:** 102250
**Invoice:** Dec 15, 2004
**Ship:** Dec 15, 2004
**Pay Terms:** Net 10

Sold To: Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Ship To: Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: VALLEY TRUCKING | |
|---|---|---|---|
| Order: | Via: Truck | Trailer lic: 4EG1765 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Liner 24 Reg Church Brothers | 213 | ctn | / ~~5.10~~ | ~~1,086.30~~ |
| Lettuce Wrap 24 Reg Church Brothers | 510 | ctn | / ~~6.10~~ | ~~3,111.00~~ |
| Lettuce Liner 24 Reg Church Brothers | 297 | ctn | / ~~5.10~~ | ~~1,514.70~~ |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1020 | | | ~~5,735.50~~ |

1,043.50


Exhibit 1, p 17

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE
INSPECTION CERTIFICATE

M - 004314

12301041111145 A

Applicant: The Alphas Co. of New York
Address: Bronx, New York
Shipper: Church Brothers LLC
Address: Salinas, CA
Insp. Site: Applicants site

CARRIER/FIELD IDENTIFICATION
PO195611

Carrier/Lot ID Stated by: Applicant
Carrier Type/Name:
Additional Lot ID:

Refrigeration Unit: ☐On ☐Off ☐On ☐Off ☐Doors ☐Open ☐Closed

| LOT | | | |
|---|---|---|---|
| A: | 35 | 36 | Iceberg Lettuce |
| B: | 35 | 36 | Iceberg Lettuce |
| C: | | | |
| D: | | | |

"Church brothers" 24 Lgo
"Church brothers" 24 ct 240 pallottos
CA
CA

39 cartons Y
490 cartons Y

Lot A: Size Large (FS)

Fresh and Crisp.

Lot B: Size Large (FS)

Generally
Fresh & Crisp.

| Quality | 00 | 00 |
| Bruise - Spotting (17-25%) | 21 | 15 |
| Discoloration Following Bruising (4-25%) | 14 | 03 |
| Decay | 00 | 00 |
| Check Seam | 35 | 19 |
| Quality | 00 | 00 |
| Bruise - Spotting (4-33%) | 19 | 15 |
| Discoloration Following Bruising (4-31%) | 01 | 01 |
| Decay (Head Leaf) (0-9%) Early Stages | 03 | 63 |
| Check Seam | 29 | 19 |

GRADE: Each lot fails to grade U.S. No.1 Account Condition.

REMARKS:

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that at the request of the applicant and on the date indicated, samples of the herein described product were inspected and the quality and/or condition as shown for said samples were as herein stated.

Inspector's Signature: Leo T. DeLuca

Bronx New York
03/13/...

ESTIMATED TOTAL
$144.00

APPLICAN

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

FORM FV-300 (09-99) Use previous edition dated (03-99).

Exhibit 18

AL-HAS COMPANY

87-89 New England Produce Center
Chelsea, MA  02150
617-884-5921
617-884-5932 Fax

**The Alphas Company, Inc.**

| To: | Church Brothers, LLC | From: | Yanni |
|---|---|---|---|
| Attn: | Neil Milburn | Pages: | 1 |
| Fax: | 831-455-1047 | Date: | 12/20/04 |
| Re: | | CC: | |
| | | | |

Neil,

I love you but that's it!  We cannot sell lettuce like this!
Freight is over $4.50 per box.    I'm only asking for $2.00.

What do you want me to do?

Please call me.

Yanni

**THE ALPHAS COMPANY OF NEW YORK, INC.**
CITIBANK, N.A.
1-8/210

HUNTS POINT PRODUCE MARKET
223-225 ROW B
BRONX, NY 10474

02/16/05

PAY TO THE
ORDER OF

$                    1529.40

***One Thousand Five Hundred Twenty-Nine & 40/100 Dollars                    **DOLLARS**

CHURCH BROTHERS, LLC
P.O. BOX 509
SALINAS, CA  93902-0509

MEMO:

Security features. Details on back

⑈"026948⑈"  ⑈:021000089⑈:  0307461⑈"

---

**THE ALPHAS COMPANY OF NEW YORK, INC.**                    26948
HUNTS POINT PRODUCE MARKET

CHUBRO        CHURCH BROTHERS, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 102550 | 9573 | 12/18/04 | 7343.90 | 0.00 | 0.00 | 7343.90 |
| 102550C | 9573 | 12/18/04 | -5814.50 | 0.00 | 0.00 | -5814.50 |

(Acct: 1000-00-00)        Check Date 02/16/05        Total        1529.40

p. 20

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA

**CHURCH BROTHERS PRODUCE**

# INVOICE

**Invoice #:** 102550
**Invoice:** Dec 18, 2004
**Ship:**  Dec 18, 2004
**Pay Terms:** Net 10

Sold To:  Alphas Company Inc.
          51-52 & 87-88 New England Produce Center
          Chelsea MA 02150

Ship To:  Alphas Company Inc.
          51-52 & 87-88 New England Produce Center
          Chelsea MA 02150

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: T P H | |
|---|---|---|---|
| Order: Dec 15, 2004 | Via: | Trailer lic: 4EL5435 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Romaine Hearts 12X3 Reg True Leaf | 189 | ctn | ~~15.60~~ | 2,948.40 |
| Lettuce Liner 24 Reg Church Brothers | 320 | ctn | ~~4.10~~ | 1,312.00 |
| Lettuce Wrap 24 Reg Church Brothers | 600 | ctn | ~~5.10~~ | 3,060.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1109 | | | ~~7,343.90~~ |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

12/22/2004 9:22 AM  FROM: F&R USDA AMD EV FPD  TO: 171R    ( 8    PAGE: 002 OF 004

| | |
|---|---|
| **USDA** U.S. DEPARTMENT OF AGRICULTURE   INSPECTION CERTIFICATE   F-011-0257-00158 | |
| AGRICULTURAL MARKETING SERVICE | AGE: 1 OF 5 |
| CARRIER or LOT ID: PO    9573 | APPLICANT: (211119756)THE ALPHAS CO OF NY.  REQUESTED: 12/21/2004  5:40 AM |
| LOADING STATUS: UNLOADED | BRONX, NY   STARTED: 12/22/2004  7:10 AM |
| STATED BY: APPLICANT | SHIPPER: CHURCH BROTHERS   FINISHED: 12/22/2004  9:10 AM |
| ADDITIONAL ID: NA | SALINAS CA   PASSWORD FOR ONLINE ACCESS: |
| CARRIER TYPE: NA | MARKET OFFICE: NEW YORK, NY |
| REFRIG UNIT: NA    DOORS: NA | INSP SITE: APPLICANT'S STORE |
| REMARKS: | ESTIMATED FEE:  $227.00 |

| | |
|---|---|
| **LOT A (OAC) ROMAINE** | |
| TEMP: 36° to 37°F   INSP CT: YES   NUMBER OF CONTAINERS: 185 CARTON(S) | ORIGIN: OT |
| MARKINGS: BRAND: TRUE LEAF FARMS | |
| MARKINGS: TRUE LEAF FARMS 12/3 COUNT BAGS DIST BY TRUE LEAF FARMS LLC SALINAS CA .NET WEIGHT 10 OZ. | |
| PLI: FRUGAL, NONE | |
| | OTHER ID: ROMAINE HEART'S |

| INJURY | DAM | SERIOUS DAM | VERY DAM | | FROZEN FEE |
|---|---|---|---|---|---|
| NA | 0 | 0 | NA | QUALITY DEFECTS | |
| NA | 4 | 4 | NA | BRUISING (0 to 33%) | |
| NA | 0 | 0 | NA | DISCOLORATION FOLLOWING PEELING AND FEATHERING (0 to 33%) | |
| NA | 0 | 0 | NA | DECAY | |
| NA | 4 | 4 | NA | CHECKSUM | |

GRADE: MEETS U.S. NO. 1.
LOT DESC: TEMPERATURES(3): 37°F, 36°F, 37°F

Signature: 0257 - ATAN ILDIZ, TURGAY       Date: 12/22/2004

Exhibit  1  p. 22

12/22/2004 9:22 AM  FROM: Fax USDA AMD FV FPB  TO: 1718    ( 8    PAGE: 003 OF 004

| **USDA** | U.S. DEPARTMENT OF AGRICULTURE | INSPECTION CERTIFICATE | T-011-0257-00158 |
|---|---|---|---|
| | AGRICULTURAL MARKETING SERVICE | | |
| | FRUIT & VEGETABLE PROGRAMS EMERGENCY | | PAGE 2 of 3 |

| | | HOT BAGACL LETTUCE ICEBERG | | |
|---|---|---|---|---|
| **TEMP:** 36° to 37°F | **INSPCT:** YES | **NUMBER OF CONTAINERS:** 320 CARTON(S) | | |

**MARKINGS:** BRAND: CHURCH BROTHERS          **ORIGIN:** OT
**MARKINGS:** CHURCH BROTHERS PRODUCE NAKED PALLETIZED 24 CHURCH BROTHERS LLC SALINAS CA PRODUCE OF USA

**PLI:** NONE                    **OTHER ID:** XXXXX

| INJURY | % ONE | OPERATOR % ACCUM | OFFSIZE/1 PER | | |
|---|---|---|---|---|---|
| NA | 0 | 0 | NA | QUALITY DEFECTS | |
| NA | 3 | 8 | NA | RUSSET SPOTTING (4 to 21%) | |
| NA | 1 | 0 | NA | DISCOLORATION FOLLOWING BRUISING (0 to 5) | |
| NA | 1 | 0 | NA | FIELD FREEZING / PEELING OR FEATHERING (1 to 4%) | |
| NA | 0 | 0 | NA | DECAY | |
| NA | 15 | 8 | NA | CHECKSUM | |

**GRADE:** FAILS TO GRADE U.S. NO. 1 ACCOUNT CONDITION.

**LOT DESC:** TEMPERATURES(3): 36°F, 36°F, 37°F

**Signature:** 0257 - ATAN ILDIZ, URGAY          **Date:** 12/22/2004

Exhibit 1, p. 23

12/27/2004 9:22 AM FROM: Fax USDA AMD PV FPB TO: 1718...  ( 9  PAGE: 004 OF 004

USDA | U.S. DEPARTMENT OF AGRICULTURE | INSPECTION CERTIFICATE | T-011-0257-00158
AGRICULTURAL MARKETING SERVICE
http://www.ispectconect.usda.gov | PAGE: 3 of 3

| LOT C (QAC)  LETTUCE ICEBERG |
|---|

| TEMP: 36° to 36°F | INSP CT: YES | NUMBER OF CONTAINERS: 532 CARTON(S) | | ORIGIN: OT |

MARKINGS: BRAND: CHURCH BROTHERS
MARKINGS: CHURCH BROTHERS PRODUCE LOGO WRAP 24 CHURCH BROTHERS LLC SALINAS CA PRODUCE OF USA

| PLI: NONE | OTHER ID: CELLO |

| INJURY | DAM | DEF QUAN | V S DAM | | OFF SIZE/OTHER | | |
|---|---|---|---|---|---|---|---|
| NA | 0 | 0 | NA | QUALITY DEFECTS | | | |
| NA | 1 | 3 | NA | RUSSET SPOTTING (4 to 17%) | | | |
| NA | 1 | 1 | NA | DISCOLORATION FOLLOWING BRUISING (4 to %) | | | |
| NA | 0 | 0 | NA | DECAY | | | |
| NA | 2 | 4 | NA | CHECKSUM | | | |

GRADE: FAILS TO GRADE U.S. NO. 1 ACCOUNT CONDITION.

LOT DESC: TEMPERATURES(3): 36°F, 36°F, 36°F

| | Signature: 0257 - AF AN ILDIZ, TURGAY | Date: |
|---|---|---|
| | | 12/22/2004 |

Exhibit _____ , p. 24

**THE ALPHAS COMPANY OF NEW YORK, INC.**
HUNTS POINT PRODUCE MARKET
223-225 ROW B
BRONX, NY 10474

CITIBANK, N.A.
1-8/210

02/16/05

PAY TO THE
ORDER OF

$    1207.50

***One Thousand Two Hundred Seven & 50/100 Dollars

DOLLARS

CHURCH BROTHERS, LLC
P.O. BOX 509
SALINAS, CA  93902-0509

MEMO:

⑆026972⑆ ⑈021000089⑈ 03074611⑆

**THE ALPHAS COMPANY OF NEW YORK, INC.**    26972
HUNTS POINT PRODUCE MARKET

CHUBRO       CHURCH BROTHERS, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 102648 | 9575 | 12/18/04 | 7496.70 | 0.00 | 0.00 | 7496.70 |
| 12648C | 9575 | 12/16/04 | -6289.20 | 0.00 | 0.00 | -6289.20 |

(Acct: 1000-00-00)       Check Date 02/16/05       Total       1207.50

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:**  102648
**Invoice:** Dec 18, 2004
**Ship:**  Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Neil Milburn | **Carrier:**  T P H | |
| **Order:** Dec 17, 2004 | **Via:** | **Trailer lic:** LOCAL | **St:** CA |
| **Cust PO:** | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Lettuce Wrap 24 Reg Church Brothers | 400 | ctn | ~~5.60~~ | 2,240.00 |
| Green Leaf Liner 24 Reg Church Brothers | 168 | ctn | ~~18.60~~ | 3,124.80 |
| Red Leaf Liner 24 Reg Church Brothers | 84 | ctn | ~~11.60~~ | 974.40 |
| Romaine Liner 24 Reg Church Brothers | 140 | ctn | ~~8.10~~ | 1,134.00 |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 792 | | | ~~7,496.70~~ |

Driver request recorder X

1207 √D

p. 26

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



12/22/2004 9:53 AM  FROM: USDA USDA AMS IV FFB  TO: 1-718     058  PAGE: 005 OF 005

**USDA**

| TEMP: 35° to 37°F | INSP CT:  YES | NUMBER OF CONTAINERS: 400 CARTON(S) | | ORIGIN: CA |
|---|---|---|---|---|
| MARKINGS: | BRAND: CHURCH BROTHERS | | | |
| | MARKINGS: 24 LOGO WRAP | | | |
| | CHURCH BROTHERS SALUINAS, CA | | | |
| PLI: NONE | | | OTHER ID: | |

| NA | 2 | 0 | NA | QUALITY DEFECTS (0 to 8%)(MECHANICAL DAMAGE) |
|---|---|---|---|---|
| NA | 7 | 1 | NA | FIELD FREEZING / PEELING OR FEATHERING (0 to 13%) |
| NA | 4 | 0 | NA | DISCOLORATION FOLLOWING BRUISING (0 to 10%) |
| NA | 1 | 0 | NA | RUSSET SPOTTING (0 to 4%) |
| NA | 1 | 1 | NA | DECAY AFFECTING COMPACT PORTION OF HEADS AND/OR BUTTS (0 to 4%) |
| NA | 15 | 2 | NA | CHECKSUM |

FAILS TO GRADE U.S. NO. 1 ACCOUNT CONDITION.

STAGES OF DECAY: ADVANCED
TEMPERATURE(S): 35°F, 37°F, 39°F

| Signature:  0204 - MEDINA LUIS A | | Date: |
|---|---|---|
| | | 12/22/2004 |

1, p. 28

12/22/2004 9:53 AM FROM: USDA USDA NHS FV FPB TO: 1-718-       PAGE: 003 OF 005

# USDA

| TEMP: | 38° to 39°F | INSP CT: | YES | NUMBER OF CONTAINERS:168 CARTON(S) | | ORIGIN: CA |
|---|---|---|---|---|---|---|

MARKINGS: BRAND: CHURCH BROTHERS
MARKINGS: 2 DOZ LINE
CHURCH BROTHERS SALINAS, CA

PLI: NONE                                                        OTHER ID:

| NA | 0  | NA | NA | QUALITY DEFECTS |
|----|----|----|----|----|
| NA | 38 | NA | NA | RUSSET SPOTTING (25 to 46%) |
| NA | 6  | NA | NA | DECAY (0 to 13%) |
| NA | 44 | NA | NA | CHECKSUM |

NO ESTABLISHED U.S. GRADE.

STAGES OF DECAY: MODERATE
RUSSET SPOTTING: LEAVES AFFECTED: 2 TO 4
TEMPERATURES(3): 39°F, 38°F, 39°F

Signature: 0204 - M       LUIS A          Date:
                                           12/22/2004

1, p 29

12/22/2004 0:53 AM  FROM: USDA USDA AMS FV FPB  TO: 1 718      751  PAGE: 004 OF 005

| USDA | U.S. DEPARTMENT OF AGRICULTURE<br>AGRICULTURAL MARKETING SERVICE<br>http://FPBInspections.ams.usda.gov | INSPECTION CERTIFICATE | T-011-0204-00228 |
|------|------|------|------|
| | | | PAGE 3 of 4 |

### LOT C (QAC) - LEAF LETTUCE, RED

| TEMP: 39° to 40°F | INSP CT: YES | NUMBER OF CONTAINERS: 77 CARTON(S) | | ORIGIN: CA |
|---|---|---|---|---|

MARKINGS: BRAND: CHURCH BROTHERS
MARKINGS: 2 DOZ LINER
CHURCH BROTHERS SALINAS, CA

| PLU: NONE | | | | OTHER ID: | | |
|---|---|---|---|---|---|---|

| INJURY | DAM | SER DAM | V.S. DAM | OFFICIAL DEFECTS | |
|---|---|---|---|---|---|
| NA | 0 | NA | NA | QUALITY DEFECTS | |
| NA | 13 | NA | NA | RUSSET SPOTTING (13 to 13%) | |
| NA | 4 | NA | NA | FLABBY (0 to 8%) | |
| NA | 4 | NA | NA | PEELING AND FEATHERING (0 to 8%) | |
| NA | 0 | NA | NA | DECAY | |
| NA | 21 | NA | NA | CHECKSUM | |

| GRADE: | NO ESTABLISHED U.S. GRADE. |
|---|---|

| LOT DESC: | FLABBY: LEAVES AFFECTED: 2 TO 3<br>PEELING AND FEATHERING: LEAVES AFFECTED: 2 TO 3<br>RUSSET SPOTTING: LEAVES AFFECTED: 1 TO 3<br>TEMPERATURES(3): 39°F, 40°F, 39°F |
|---|---|

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that at the request of the applicant and on the date indicated, samples of the herein described product were inspected and the quality and/or condition as shown by said sample was as herein stated.

Warning: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

Signature: 0204- M?    LUIS A                       Date:

                                                    12/22/2004

1, p. 30

87-89 New England Produce Center
Chelsea, MA 02150
617-884-5921
617-884-5932 Fax

**The Alphas Company,Inc.**

| To: | Church Brothers, LLC | From: | Yanni |
|---|---|---|---|
| Attn: | Neil Milburn | Pages: | 1 |
| Fax: | 831-455-1047 | Date: | 01/17/05 |
| Re: | File# 102648 | CC: | |
| | | | |

## Church File# 102648
## Alphas Lot# 9575

Neil,

As per our conversation regarding this file, prices are as follows:

| | | |
|---|---|---|
| 400cs | Lettuce | $ 1.00 |
| 168cs | Gr Leaf | $ 2.00 |
| 84cs | Red Leaf | $ 2.00 |
| 140cs | Romaine | $ 2.00 |

**Total to be remitted   $1,207.50**

Yanni

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102704
**Invoice:** Dec 18, 2004
**Ship:** Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

*PO 8721 / LOT 7096*

Page 1 of 1

**Sale Terms:** FOB
**Order:** Dec 18, 2004
**Cust PO:**

**Salesperson:** Neil Milburn
**Via:**
**Currency:** USD

**Carrier:** TPH
**Trailer lic:** 4PD6817 CA    **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount | |
|---|---|---|---|---|---|
| Broccoli Crowns Asn Icl BG Reg Jin Ye | 245 | ctn | 4 ~ 11.60 | 2,842.00 | 980.00 |
| Grn Onion MEX Bunched 48 MED Reg Church Brothers | 84 | ctn | 6 ~ 11.60 | 974.40 | 504.00 |
| Broccoli Crowns Domestic Reg Church Brothers | 919 | ctn | 4 ~ 9.10 | 8,362.90 | 3676.00 |
| INVOICE TOTAL: | 1248 | | | 12,179.30 | |

5160.00

245 @ 7.60 (1862.00)
84 @ 5.60 ( 470.40)
919 @ 5.10 (4686.90)
(7019.30)

PAID
15323
2-7-05

POSTED

Exhibit 1, p 32

**Please return a copy of this invoice with your remittance - Thank You**
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 1:05-cv-10452-REK    Document ...    Filed 03/14/2005    Page 37 of 45

**PASSING**

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



**Sold To:**
Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:**
Alphas Company Inc.
51-52 & 87-88 New England Produ
Chelsea MA 02150

**Order No:** 102404
**Ship:** Dec 14, 2004
**Pay Terms:** Net 10
**Sale Terms:** FOB
**Time In:** 13:47:54
**Time out:** 01:06:36

| Cust PO: | Salesperson: Neil Milburn | Broker: | Quantity: | 1555 |
|---|---|---|---|---|
| Delivery: | Carrier: DUMAU | | Pallets: | 27.935 |
| Via: | Trailer Lic: D24142 | St: CA | Bulk Pounds: | 37886.6 |

| Description | Ordered | Shipped | Price | Amount |
|---|---|---|---|---|
| Location: Advanced Cooler | | | | |
| Red Leaf Liner 24 Reg Church Brothers | 210 ctn | 210 ctn | 14.60 | 3,066.00 |
| Green Leaf Naked 24 Reg True Leaf | 84 ctn | 34 ctn | 26.60 | 904.40 |
| Spring Mix PP 3# Reg Paige's Pride | 420 ctn | 420 ctn | 6.50 | 2,730.00 |
| Romaine Hearts 12X3 Reg True Leaf | 63 ctn | 63 ctn | 16.60 | 1,045.80 |
| Broccoli Crowns Domestic Reg Church Brothers | 576 ctn | 576 ctn | 16.50 | 9,504.00 |
| Green Leaf Liner 24 Reg Church Brothers | 252 ctn | 252 ctn | 26.60 | 6,703.20 |
| | | | | 23,953.40 |

| | | | | |
|---|---|---|---|---|
| RYAN 10 Temperature Recorder c250368 | | 1 | 23.50 | 23.50 |
| | | | | 23.50 |

*Neil
Pleare Hold this file
Until formin to
Price out·
Yelli*

All claims must be reported within 24 hours of receipt and supported by a U.S.D.A inspection

ALL SALES FOB NO GRADE CONTRACT WITH GOOD DELIVERY STANDARDS APPLYING EXCLUDING BRUISING AND/OR
DISCOLORATION FOLLOWING BRUISING. IN ADDITION, ALSO EXCLUDED FROM THIS CONTRACT ARE ALL EFFECTS RELATED TO
FREEZE DAMAGE INCLUDING EPIDERMAL PEEL.

Attention:
Please review and contact immediately if any discrepancies.

Dec 15, 2004 06:34:47

87-89 New England Produce Center
Chelsea, MA  02150
617-884-5921
617-884-5932 Fax

**The Alphas Company,Inc.**

| To: | Church Brothers LLC | From: | Yanni Alphas |
|---|---|---|---|
| Attn: | Neil | Date: | 01/28/05 |
| | | | |
| Re: | **102550, 102648, 102704** | | |
| | | | |

Neil,

Enclosed are the last 3 files to be settled.  All 3 files are a total disaster for Alphas.  Your 102550 and 102648 didn't even make freight.

Tell Gina we will be working hard to clean up your account next week.

Thank you,
Yanni

$\ell$ $p.$ 34

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA

# INVOICE

**Invoice #:** 102550
**Invoice:** Dec 18, 2004
**Ship:** Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

*NY LOT 9573*

Page 1 of 1

| Sale Terms: FOB | Salesperson: Neil Milburn | Carrier: T P H | |
| Order: Dec 15, 2004 | Via: | Trailer lic: 4EL5435 | St: CA |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Romaine Hearts 12X3 Reg True Leaf | 189 | ctn | ~~15.60~~ 3¹⁰ | 2,948.40 *585.90* |
| Lettuce Liner 24 Reg Church Brothers | 320 | ctn | ~~4.10~~ | 1,312.00 *320.00* |
| Lettuce Wrap 24 Reg Church Brothers | 600 | ctn | ~~5.10~~ | 3,060.00 *600.00* |
| RYAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 |
| INVOICE TOTAL: | 1109 | | | 7,343.90 *1529.4* |

 ENTERED

*1, p 35*

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102648
**Invoice:** Dec 18, 2004
**Ship:** Dec 18, 2004
**Pay Terms:** Net 10

**old To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

*NY LOT 9575*

Page 1 of 1

| | | | | |
|---|---|---|---|---|
| **ale Terms:** FOB | **Salesperson:** Neil Milburn | | **Carrier:** T P H | |
| **rder:** Dec 17, 2004 | **Via:** | | **Trailer lic:** LOCAL | **St:** CA |
| **ust PO:** | **Currency:** USD | | **Broker:** | |

| Description | Quantity | UOM | Price | Amount | |
|---|---|---|---|---|---|
| ttuce Wrap 24 Reg Church Brothers | 400 | ctn | 1  5.60 | 2,240.00 | *400.00* |
| een Leaf Liner 24 Reg Church Brothers | 168 | ctn | 2  18.60 | 3,124.80 | *336.00* |
| ed Leaf Liner 24 Reg Church Brothers | 84 | ctn | 2  11.60 | 974.40 | *168.00* |
| omaine Liner 24 Reg Church Brothers | 140 | ctn | 2  8.10 | 1,134.00 | *280.00* |
| YAN 10 Temperature Recorder | 1 | | 23.50 | 23.50 | |
| NVOICE TOTAL: | 792 | | | 7,496.70 | *1207.50* |

iver request recorder X

 **ENTERED**

*1, p 36*

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Church Brothers, LLC
P.O Box 509
Salinas CA 93902-0509
USA



# INVOICE

**Invoice #:** 102704
**Invoice:** Dec 18, 2004
**Ship:** Dec 18, 2004
**Pay Terms:** Net 10

**Sold To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

**Ship To:** Alphas Company Inc.
51-52 & 87-88 New England Produce Center
Chelsea MA 02150

*PO 8721 / LOT 7096*

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** Neil Milburn | **Carrier:** TPH |
| **Order:** Dec 18, 2004 | **Via:** | **Trailer lic:** 4PD6817 CA   **St:** CA |
| **Cust PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount | |
|---|---|---|---|---|---|
| Broccoli Crowns Asn Icl BG Reg Jin Ye | 245 | ctn | 4 ~~11.60~~ | 2,842.00 | 980.° |
| Grn Onion MEX Bunched 48 MED Reg Church Brothers | 84 | ctn | 6 ~~11.60~~ | 974.40 | 504.0 |
| Broccoli Crowns Domestic Reg Church Brothers | 919 | ctn | 4 ~~9.10~~ | 8,362.90 | 3676.0 |
| INVOICE TOTAL: | 1248 | | | 12,179.30 | 5160.00 |



*Exhibit 1, p 37*

*Please return a copy of this invoice with your remittance - Thank You*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## Church Brothers

| Lot# | Inv# | Inv Amount | Amt Paid | Adjustments | Alphas ck# | | |
|---|---|---|---|---|---|---|---|
| NY 9509 | 101338 | 12,981.00 | 9,673.50 | 3,307.50 | ck# 26993 | Fedex 3/11 - not cleared | USDA Inspection |
| NY 9542 | 102088 | 8,988.30 | 4,046.30 | 4,942.00 | ck# 27019 | Fedex 3/11 - not cleared | USDA Inspection |
| NY 9573 | 102250 | 5,302.00 | 1,043.50 | 4,258.50 | ck# 27030 | Fedex 3/11 - not cleared | USDA Inspection |
| NY 9564 | 102550 | 7,343.90 | 1,529.40 | 5,814.50 | ck# 26948 | Fedex 3/11 - not cleared | USDA Inspection |
| NY 9575 | 102648 | 7,496.70 | 1,207.50 | 6,289.20 | ck# 26972 | Fedex 3/11 - not cleared | USDA Inspection |
| B 7096 | 102704 | $ 12,179.30 | 5,160.00 | 7,019.30 | ck# 15323 | Fedex 3/7 - not cleared | - |
| B 7090 | 102172 | 15,573.70 | 4,447.70 | 11,126.00 | ck# 15259 | Cleared 2/16 | USDA Inspection |
| B 7092 | 102404 | 10,733.00 | 6,639.00 | 4,094.00 | ck# 15262 | Cleared 3/10 | - |

Total Invoiced $ 80,597.90       $ 33,746.90    $ 46,851.00
ck# 15259 (4,447.70)
$ 76,150.20

Total Claim $ 76,150.20

(6,639.00) ck# 15262 not reflected
(9,673.50) ck# 26993 not reflected
(4,046.30) ck# 27019 not reflected
(1,043.50) ck# 27030 not reflected
(1,529.40) ck# 26948 not reflected
(1,207.50) ck# 26972 not reflected
(5,160.00) ck# 15323 not reflected
$ 46,851.00

Exhibit ___2___

03/14/2005 07:27 FAX  6178845932          ALPHAS          ☑002/003

Exhibit _____3_____

---

**FedEx Express** — US Airbill

FedEx Tracking Number: 8508 8938 9197

**Sender's Copy**

**From**  Date 3/11/05
Sender's FedEx Account Number: 2461-5387-6
Sender's Name: Vanni          Phone (617) 884-5921
Company: ALPHAS COMPANY INC
Address: 87-89 NEW ENGLAND PRODUCE CTR
City: CHELSEA    State: MA    ZIP: 02150-1703

**Your Internal Billing Reference**          OPTIONAL

**To**
Recipient's Name: Jay          Phone 831 455-1000
Company: Church Brothers, LLC
Recipient's Address: 19045 Portola Drive
City: Salinas    State: CA    ZIP: 93098

Try online shipping at fedex.com.
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.
Questions? Visit our Web site at fedex.com or call 1.800.GoFedEx 1.800.463.3339.

**4a Express Package Service**          Packages up to 150 lbs.
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**          Packages over 150 lbs.
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☒ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday
☐ No    ☐ Yes    ☐ Yes    ☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment**  Bill to:
☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages    Total Weight    Total Declared Value
$           .00

**8 Sign to Authorize Delivery Without a Signature**

466

0299840671



03/14/2005 07:27 FAX  6178845932          ALPHAS                           ☑003/003

FedEx | Track                                                          Page 1 of 1

Track Shipments
**Detailed Results**

 Quick Help

| Tracking number | 850889389197 | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Signed for by | J.BROWN | Service type | Priority Envelope |
| Ship date | Mar 11, 2005 | | |
| Delivery date | Mar 12, 2005 10:15 AM | | |

Status          Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 12, 2005 | 10:15 AM | Delivered | | |
| | 9:43 AM | On FedEx vehicle for delivery | MONTEREY, CA | |
| | 9:28 AM | At local FedEx facility | MONTEREY, CA | |
| | 4:23 AM | Arrived at FedEx location | OAKLAND, CA | |
| | 12:29 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 11, 2005 | 11:42 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 10:26 PM | Package data transmitted to FedEx | | |
| | 8:24 PM | Left origin | SOUTH BOSTON, MA | |
| | 6:02 PM | Picked up | SOUTH BOSTON, MA | |



Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email.**



From

To

Add a message to this email.

Send email

Church Bros.
Purchase History

| Ship Date | Lot# | Vendor Inv# | Invoiced | Paid | Variance | Check# | |
|-----------|------|-------------|----------|------|----------|--------|---|
| 11/5/2004 | 7036 | 100330 | 2,352.00 | 2,352.00 | - | 15028 | |
| 11/5/2004 | 9378 | 100444 | 2,421.00 | 2,421.00 | - | 1095 | |
| 11/16/2004 | 7054 | 100642 | 10,104.00 | 10,104.00 | - | 15149 | |
| 11/16/2004 | 9432 | 100970 | 3,128.45 | 3,128.45 | - | 26824 | |
| 11/19/2004 | 7065 | 101065 | 6,495.50 | 6,495.50 | - | 15159 | |
| 11/23/2004 | 7069 | 101201 | 6,816.00 | 3,936.00 | 2,880.00 | 15171 | |
| 11/26/2004 | 7072 | 101202 | 6,460.10 | 2,874.10 | 3,586.00 | 15170 | |
| 12/3/2004 | 7075 | 101307 | 12,512.40 | 8,136.40 | 4,376.00 | 15214 | |
| 11/26/2004 | 7073 | 101308 | 7,407.50 | 3,247.50 | 4,160.00 | 15210 | |
| 12/4/2004 | 7083 | 101435 | 10,527.50 | 1,583.50 | 8,944.00 | 15254 | |
| | | | 68,224.45 | 44,278.45 | 23,946.00 | | non disputed |
| | | | | | | | |
| 12/3/2004 | 9509 | 101338 | 12,981.00 | 9,673.50 | 3,307.50 | 26993 | Disputed |
| 12/10/2004 | 9542 | 102088 | 13,622.30 | 4,046.30 | 9,576.00 | 27019 | Disputed |
| 12/10/2004 | 7090 | 102172 | 15,573.70 | 4,447.70 | 11,126.00 | 15259 | Disputed |
| 12/14/2004 | 7092 | 102404 | 10,733.00 | 6,639.00 | 4,094.00 | 15262 | Disputed |
| 12/15/2004 | 9564 | 102250 | 5,735.50 | 1,043.50 | 4,692.00 | 27030 | Disputed |
| 12/18/2004 | 9573 | 102550 | 7,343.90 | 5,814.50 | 1,529.40 | 26948 | Disputed |
| 12/18/2004 | 9575 | 102648 | 7,496.70 | 1,207.50 | 6,289.20 | 26972 | Disputed |
| 12/18/2004 | 7096 | 102704 | 12,179.30 | 5,160.00 | 7,019.30 | 15323 | Disputed |
| | | | 85,665.40 | 38,032.00 | 47,633.40 | | |
| | | | | | | | |
| | | Totals | 153,889.85 | 82,310.45 | 71,579.40 | | |

Exhibit ___4___