UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE     CIVIL NO 05-10452-REK

2005 MAR 14 P 3:05

CHURCH BROTHERS, LLC

vs                  U.S. DISTRICT COURT
                    DISTRICT OF MASS.

THE ALPHAS COMPANY, INC
et al

## ORDER

Upon hearing on March 14, 2005, it is hereby ordered that, upon deposition of $46,851 in the registry of the Court, the remainder of the order entered by Judge Keeton on March 10, 2005 is vacated, subject to the right of either plaintiff or the defendants to seek further relief.

William G. Young
William G. Young, J.