IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHURCH BROTHERS, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> THE ALPHAS COMPANY, INC., a corporation; THE ALPHAS COMPANY OF NEW YORK, INC, a corporation; JOHN (YANNI) S. ALPHAS, an individual; PETER S. ALPHAS, an individual, <br><br> Defendants | ) ) ) ) ) ) CASE NO. ) ) ) ) ) ) ) ) ) ) ) ) |

05 10452

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to L.R. 83.5.3(b), Valerie S. Carter, Esq., a member of this Court, moves for the admission *pro hac vice* of R. Jason Read, Esq. and Bart M. Botta, Esq., both of the law firm of Rynn & Janowsky, LLP, 4100 Newport Place, Drive, Suite 700, Newport Beach, CA 92660, to represent Church Brothers, LLC in the above-referenced litigation.

The Declarations of R. Jason Read and Bart M. Botta are attached hereto in support of this application for admission *pro hac vice*.

DATED: March 10, 2005

CHURCH BROTHERS, LLC

By its attorney,

By: _____
VALERIE CARTER, ESQ.
BBO No. 545412
Carter and Doyle, LLP
530 Atlantic Avenue, Third Floor
Russia Wharf West
Boston, MA 02210
Tel: (617) 348-0525
Fax: (617) 348-0989
E-Mail: vcarter@carterdoyle.com