UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

STIPULATION

The parties hereby stipulate that the hearing scheduled for March 22, 2005 shall be continued until April 4, 2005, and that the Order entered by the Court on March 10, 2005, by Keeton, J., as modified on March 14, 2005, by Young, J., shall be extended and shall remain in effect until April 4, 2005.

Respectfully submitted

| Church Brothers, LLC | The Alphas Company, Inc. |
|---|---|
| | The Alphas Company of New York, Inc. |
| | John S. Alphas |
| | Peter Alphas |
| By its attorney, | By their attorneys |

| /s/ Valerie Carter | /s/ Scott L. Machanic |
|---|---|
| Valerie Carter, Esq. BBO # 545412 | Scott L. Machanic   BBO # 311120 |
| Carter and Doyle, LLP | Cunningham, Machanic, Cetlin, |
| 530 Atlantic Avenue, Third Floor |     Johnson & Harney, LLP |
| Russia Wharf West | 220 N. Main Street |
| Boston, MA 02210 | Natick, MA 01760 |
| (617) 348-0525 | (508) 651-7524 |
| (617) 348-0989 fax | (508) 653-0119 fax |
| vcarter@carterdoyle.com | smachanic@cmlaw.net |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

ORDER

Upon review of the Stipulation and Order filed by the parties, which seeks to continue the hearing to determine whether the March 10, 2005 Order, as modified, should be extended or modified, it appearing to the satisfaction of the Court that this is a proper case for extending the March 10, 2005 Order as modified.

IT IS HEREBY ORDERED that the hearing set for March 22, 2005 be continued until April 4, 2005.

IT IS HEREBY FURTHER ORDERED that the March 10, 2005 Order, as modified by an Order dated March 14, 2005, shall remain in full force and effect through and including April 4, 2005.

Entered as an order of the Court this _____ day of March, 2005.

_____, J.
Robert E. Keeton, J.

235572