UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

STIPULATION CONCERNING FUNDS

Now come the parties and hereby stipulate that the funds currently being held by the Court in this matter shall be released, with one half of the funds [Twenty-three Thousand Four Hundred Twenty-five Dollars and 50 cents ($ 23,32550)] shall be paid to each of the Plaintiff Church Brothers, LLC and to the Defendant The Alphas Company, Inc.

Respectfully submitted

| | |
|---|---|
| | The Alphas Company, Inc. |
| | The Alphas Company of New York, Inc. |
| | John S. Alphas |
| Church Brothers, LLC | Peter S. Alphas |
| By its attorneys | By their attorneys |
| | |
| /s/ Bart M. Botta | /s/ Scott L. Machanic |
| Bart M. Botta, Esq. | Scott L. Machanic   BBO # 311120 |
| Rynn & Janowsky, LLP | Cunningham, Machanic, Cetlin, |
| 4100 Newport Place Dr., Suite 700 | Johnson & Harney, LLP |
| Newport Beach, CA 92660 | 220 N. Main Street |
| (919) 752-2911 | Natick, MA 01760 |
| | (508) 651-7524 |

236029

# CUNNINGHAM, MACHANIC, CETLIN, JOHNSON & HARNEY, LLP
## ATTORNEYS AT LAW

Daniel M. Cunningham
Scott L. Machanic
Dana A. Cetlin ±
David C. Johnson (1949-2000)
Peter P. Harney
Robert F. Tenney
Robert J. Riccio
Mary E. Arata
Jennifer C. Gately
Holly B. Anderson
Gregory M. Iudice
Of Counsel:
Edward C. Uehlein (1911-2003)

Lakewood Office Park
220 North Main Street
Natick, Massachusetts 01760-1100
(508) 651-7524   (781) 237-7030
FAX: (508) 653-0119
email: cmlaw@cmlaw.net
www.cunninghammachanic.com

± Also Admitted in New Hampshire

Of Counsel (cont'd):
William M. Zall
Richard B. Schafer
Judith L. Melideo-Preble
Richard A. Zucker
Paralegals:
Jenny Hall Maltais
Pamela J. Szretter
Naomi E. Dennis
Joanne Kramar Zall
Shelley R. Kamen

April 6, 2005

Karen Folan, Clerk
Clerk's Office for Civil Business
United States District Court
Suite 2300
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  Church Brothers, LLC v. The Alphas Company, Inc.
         Civil No. 05-10452-REK

Dear Ms. Folan:

This will be attached to a Stipulation Concerning Funds being filed in this matter.

Church Brothers has requested that their half of the escrowed funds ($ 23,325.50) be made payable to "Ryan & Janowsky Client Trust Account," and sent to Attorney Botta at Ryan & Janowsky, 4100 Newport Place Drive, Suite 700, Newport Beach, CA 92660.

The other half should be made ($ 23,325.50 also) should be made payable to The Alphas Company, Inc., and should be sent to my firm.

Thank you very much.

                        Very truly yours,
                        Cunningham, Machanic, Cetlin,
                            Johnson & Harney, LLP by

                        Scott L. Machanic

    Cc:  Bart Botta, Esq. (via facsimile)

236222