UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

STIPULATION CONCERNING FUNDS

Now come the parties and hereby stipulate that the funds currently being held by the Court in this matter shall be released, with one half of the funds [Twenty-three Thousand Four Hundred Twenty-five Dollars and 50 cents ($ 23,425.50)] shall be paid to each of the Plaintiff Church Brothers, LLC and to the Defendant The Alphas Company, Inc.

Respectfully submitted

|  | The Alphas Company, Inc. |
|---|---|
|  | The Alphas Company of New York, Inc. |
|  | John S. Alphas |
| Church Brothers, LLC | Peter S. Alphas |
| By its attorneys | By their attorneys |

| /s/ Bart M. Botta | /s/ Scott L. Machanic |
|---|---|
| Bart M. Botta, Esq. | Scott L. Machanic   BBO # 311120 |
| Rynn & Janowsky, LLP | Cunningham, Machanic, Cetlin, |
| 4100 Newport Place Dr., Suite 700 | Johnson & Harney, LLP |
| Newport Beach, CA 92660 | 220 N. Main Street |
| (919) 752-2911 | Natick, MA 01760 |
|  | (508) 651-7524 |

236029