UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10452-REK

| | |
|---|---|
| CHURCH BROTHERS, LLC | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs | ) |
| | ) |
| THE ALPHAS COMPANY, INC. | ) |
| THE ALPHAS COMPANY OF NEW | ) |
| YORK, INC., JOHN S. ALPHAS, and | ) |
| PETER ALPHAS | ) |
| Defendants | ) |

STIPULATION of DISMISSAL WITH PREJUDICE

Now come the parties and, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that this matter be dismissed with prejudice and without costs to any party, and that all rights of appeal are being waived.

Respectfully submitted

Church Brothers, LLC
By its attorneys

The Alphas Company, Inc.
The Alphas Company of New York, Inc.
John S. Alphas
Peter S. Alphas
By their attorneys

/s/ Bart M. Botta
Bart M. Botta, Esq.
Rynn & Janowsky, LLP
4100 Newport Place Dr., Suite 700
Newport Beach, CA 92660
(919) 752-2911

/s/ Scott L. Machanic
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524                 236032

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, by filing the above Stipulation of Dismissal electronically, the Stipulation was served by email upon counsel for the Plaintiff, Valerie Carter, at <u>vcarter@carterdoyle.com</u>.

Signed under the pains and penalties of perjury this 20th day of April , 2005.

    /s/ Scott L. Machanic
Scott L. Machanic   BBO # 311120
Cunningham, Machanic, Cetlin,
    Johnson & Harney, LLP
220 N. Main Street
Natick, MA 01760
(508) 651-7524