✣AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

CHURCH BROTHERS, LLC, a California Limited
Liability Company,

**SUMMONS IN A CIVIL ACTION**

V.

THE ALPHAS COMPANY, INC., a corporation;
THE ALPHAS COMPANY OF NEW YORK, INC.,
a corporation; JOHN (YANNI) S. ALPHAS, an
individual; PETER S. ALPHAS, an individual

CASE NUMBER: 05-10452-REK

TO: (Name and address of Defendant)

THE ALPHAS COMPANY OF NEW YORK, INC.
223 to 225, Row B
Hunts Point Terminal Market
Bronx, NY 10474

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Valerie Carter, Esq.
CARTER & DOYLE, LLP
530 Atlantic Avenue, Third Floor
Russia Wharf West
Boston, MA 02210
Tel: (617) 348-0525
Fax: (617) 348-0989

R. Jason Read, Esq.
Bart M. Botta, Esq.
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 752-2911
Fax: (949) 752-0953

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 10 2005

CLERK

DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | March 11, 2005 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to ~~xxxxx~~ mailing via certified mail  SEE ATTACHED GREEN CARD

Duly Authorized Agent for the within-named    THE ALPHAS COMPANY OF NEW YORK, INC.

Said service was made at:

223-225, ROW B, HUNTS POINT TERMINAL MARKET, BRONX, NY 10474, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 32.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 11, 2005
              Date                                Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                                            FEE

SERVICE FEE: $24; POSTAGE FEE: 8                                                   $_____

ALSO SERVED:                                                                       $_____
                                                                                   $_____
*Civil Action Cover Sheet;*                                                        $_____
*Complaint for Violations of the Perishable Agricultural Commodities Act*          $_____
*("PACA") 7 U.S.C. §499e, et seq.;*                                                $_____
*Plaintiff's Ex Parte Application for Temporary Restraining Order or,*             $_____
*Alternatively, for Preliminary Injunction; Declaration of R. Jason Read in*   TOTAL $_____
*Support Thereof;*
*Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte*
*Application for Temporary Restraining Order;*
*Declaration of Neil J. Milburn in Support of Plaintiff's Ex Parte*
*Application for Temporary Restraining Order;and*
*Declaration of Gina Tegenkamp in Support of Plaintiff's Ex Parte*
*Application for Temporary Restraining Order.*
Order

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**       Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    **Boston, MA 02109**           Fax #       (617) 720-5737

March 11, 2005

Process Server / A Disinterested Person

_____, MASSACHUSETTS

on of suitable age and discretion
ft:

_____, MASSACHUSETTS

ACHED GREEN CARD

COMPANY OF NEW YORK, INC.

BRONX, NY 10474 _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 32.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 11, 2005___
                  Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | SERVICE FEE: $24; POSTAGE FEE: 8 | $ ____ |

SERVED:

Action Cover Sheet;
Complaint for Violations of the Perishable Agricultural Commodities Act (PACA) 7 U.S.C. §499e, et seq.;
Plaintiff's Ex Parte Application for Temporary Restraining Order or, Alternatively, for Preliminary Injunction; Declaration of R. Jason Read in Support Thereof;
Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order;
Declaration of Neil J. Milburn in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order; and
Declaration of Gina Tegenkamp in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order.

$ ____
$ ____
$ ____
$ ____
$ ____
$ ____

TOTAL  $ ____

Rule 4 to the Federal Rules of Civil Procedure.

& Associates
Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax #          (617) 720-5737

---

*[Overlaid: USPS certified mail receipt and return receipt (Form 3811). Sent To: The Alphas Co., 223-225, Row B, Bronx, NY 10474. Article Number: 7002 0510 0000 5896 6050. Postmark: Boston, MA, MAR 11 2005. Delivery date: MAR 14 2005.]*